**Joseph H.R. GELISSEN, Trustee; et al., Plaintiffs–Appellants,**

v.

**STATE OF WASHINGTON, Defendant–Appellee.**

No. 03–35017.

D.C. No. CV–02–01667–MJP.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Aug. 11, 2003.*

Decided Aug. 21, 2003.

Before SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

### MEMORANDUM **

Joseph H.R. Gelissen appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1981 action alleging Seventh and Fourteenth Amendment violations arising from lawsuits brought against him in Washington state courts following a condominium association's foreclosure on his boat slip. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Yakama Indian Nation v. Wash. Dep't of Revenue,* 176 F.3d 1241, 1245 (9th Cir. 1999), and we affirm.

The district court properly decided that it lacked subject matter jurisdiction because the Eleventh Amendment bars actions against a state or its agencies in federal court unless the state unequivocally consents to a waiver of its immunity. *See id.* at 1245 (9th Cir.1999).

Gelissen's remaining contentions lack merit.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument and denies Gelissen's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.